AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| ISABEL P. FINLEY | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-04383-JAV |
| THOMAS H. PRZYBYLOWSKI | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

THOMAS H. PRZYBYLOWSKI            .

Date:   08/25/2025

/s/ Andrew Miltenberg, Esq.
*Attorney's signature*

Andrew Miltenberg, AM7006
*Printed name and bar number*
363 Seventh Ave, Fifth Floor
New York, New York 10001

*Address*

amiltenberg@nmllplaw.com
*E-mail address*

(212) 736-4500
*Telephone number*

(212) 736-2260
*FAX number*