UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isabel Finley
_____

_____
Write the first and last name of each plaintiff.

-against-

Thomas Przybylowski
_____

_____

_____
Write the first and last name of each defendant.

Case No. __25__ CV __04383-JAV__

DECLARATION IN SUPPORT OF
REQUEST FOR CLERK'S
CERTIFICATE OF DEFAULT

## Declaration in Support of Request for Clerk's Certificate of Default

I, __Isabel Finley__, declare under penalty of perjury that the following facts are true and correct:

1. I am the self-represented plaintiff in this action.
2. This action was commenced on __May 23, 2025__ by the filing of the complaint.
3. An executed summons, showing that defendant __Thomas Przybylowski__ was served, was filed on __August 20, 2025__.
4. The time for defendant __Thomas Przybylowski__ to answer or otherwise respond to the complaint expired on __October 10, 2025__.

5. Defendant __Thomas Przybylowski__ has not answered or responded to the complaint, nor has this defendant moved for an extension of time to answer or respond to the complaint.

6. Defendant __Thomas Przybylowski__ is not an infant or incompetent.

7. Defendant __Thomas Przybylowski__ is not currently serving in the United States military.

Plaintiff requests the issuance of a certificate of default against Defendant(s) __Thomas Przybylowski__.

10/13/2025
Executed on (date)

Isabel Finley
Name

27 Pine Ridge Rd.
Address

646-402-5067
Telephone Number (if available)

Signature

Prison Identification # (if incarcerated)

Underhill      VT      05489
City           State   Zip Code

ifinley@jd19.law.harvard.edu
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isabel Finley
_____

_____

Write the first and last name of each plaintiff.

Case No. __25__ CV __04383-JAV__

-against-

Thomas Przybylowski
_____

**CERTIFICATE OF SERVICE**

_____

_____

_____

Write the first and last name of each defendant.

I, ___Isabel Finley___,

affirm that the foregoing documents have been personally served on
___Defendant___ ___Thomas Przybylowski___ or mailed to the last
known address of ___Mr. Przybylowski's attorneys,___ ___via ECF through the Pro Se Intake Unit and via mail___,
at ___363 Seventh Ave., 5th Floor, New York, NY 10001-3904.___

10/13/2025
_____
Executed on (date)

*[Signature]*
_____
Signature

Isabel Finley
_____
Name

_____
Prison Identification # (if incarcerated)

27 Pine Ridge Rd.
_____
Address

Underhill          VT          05489
_____
City      State     Zip Code

646-402-5067
_____
Telephone Number (if available)

ifinley@jd19.law.harvard.edu
_____
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isabel Finley
_____

_____
Write the first and last name of each plaintiff.

-against-

Thomas Przybylowski
_____

_____

_____
Write the first and last name of each defendant.

Case No. 25 CV 04383-JAV

REQUEST FOR A CLERK'S
CERTIFICATE OF DEFAULT

## Request for Clerk's Certificate of Default

I, Isabel Finley, request a Clerk's Certificate of Default, as required under Local Civil Rule 55.1(a) of the Local Rules of the United States District Courts for the Southern and Eastern District Courts of New York. A Declaration in support of this Request is attached.

10/13/2025
Executed on (date)

Isabel Finley
Name

27 Pine Ridge Rd.
Address

646-402-5067
Telephone Number (if available)

_[signature]_
Signature

Prison Identification # (if incarcerated)

Underhill    VT    05489
City    State    Zip Code

ifinley@jd19.law.harvard.edu
E-mail Address (if available)

Rev. 6/12/25