UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Isabel Finley
_____

_____

Write the first and last name of each plaintiff.

Case No. __25__ CV __04383-JAV__

-against-

**CLERK'S CERTIFICATE
OF DEFAULT**

Thomas Przybylowski
_____

_____

_____

_____

Write the first and last name of each defendant.

I, TAMMI HELLWIG, Clerk of the United States District Court for the Southern District of New York, do hereby certify that:

1. This action was commenced on __May 23, 2025__ with the filing of a complaint.

2. A copy of the summons and complaint were served on defendant(s):
   Thomas Przybylowski

3. By personally serving __Defendant's attorneys via email, per their request, on 8/11/25.__

4. Proof of service was filed on __8/20/2025__. (See ECF Doc. #(s) __8__.)

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise responded to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: __October 14, 2025__
New York, New York

TAMMI HELLWIG, Clerk of Court

By: _____
Deputy Clerk