# EXHIBIT C

**From:** Finley, Isabel  ifinley@jd19.law.harvard.edu  
**Subject:** Re: Finley v. Przybylowski
**Date:** August 11, 2025 at 10:58 AM
**To:** Kristen Mohr  kmohr@nmllplaw.com

Hello Ms. Mohr,

Please find attached the official form requesting waiver of service, two copies of the service waiver form, as well as copies of the complaint and civil cover sheet I filed in the US District Court for the Southern District of New York. I understand that you are accepting service on behalf of your client Thomas Przybylowski, and that Mr. Przybylowski is waiving service of the summons, which means his answer in this case will be due on October 10, 2025.

I will send a stamped, self-addressed envelope to your office so that you can return one original signed copy of the waiver to me. However, please email me back a scanned copy of that document within the next few days, such that I may file it with the Court this week and avoid unnecessary expenses associated with personal service.

Thank you,
-Isabel

> On Mon, Aug 4, 2025 at 12:07 PM Finley, Isabel <ifinley@jd19.law.harvard.edu> wrote:
> Hello Ms. Mohr,
>
> Thank you for letting me know of your representation and that Mr. Przybylowski is willing to waive formal service. I will follow up with the service waiver later this week.
>
> Regards,
> -Isabel
>
> **Isabel Finley** | Harvard Law School 2019 | ifinley@jd19.law.harvard.edu | (413) 537-6383
>
>
> On Thu, Jul 31, 2025 at 7:31 PM Kristen Mohr <kmohr@nmllplaw.com> wrote:
>> Following up on this. Are you sending us a service waiver to execute?
>>
>> 
>>
>> **Kristen Mohr**
>> 363 Seventh Avenue, 5th Floor
>>                              New York, NY 10001-3904
>>                              212.736.4500
>>
>> nmllplaw.com
>>
>> NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.
>>
>>> On Jul 23, 2025, at 6:52 PM, Kristen Mohr <kmohr@nmllplaw.com> wrote:

Good afternoon,

We represent Thomas Przybylowski in the above-referenced matter. We will accept service for Mr. Przybylowski, and we will be sending you a Rule 4 service waiver.

**NESENOFF & MILTENBERG**
New York | Boston | Washington D.C.

**Kristen Mohr**

363 Seventh Avenue, 5th Floor

New York, NY 10001-3904

212.736.4500

nmllplaw.com

NOTICE: This communication may contain privileged or other confidential information. If you have received it in error, please advise the sender by reply email and immediately delete the message and any attachments without copying or disclosing the contents.

--

**Isabel Finley** | Harvard Law School 2019 | ifinley@jd19.law.harvard.edu | (413) 537-6383

**Complaint.pdf**

**Civil Cover Sheet.pdf**

**Notice of a Lawsuit and Request to Waive Service of a...**

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Isabel P. Finley | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 1:25-CV-04383-JAV |
| Thomas H. Przybylowski | ) |
| *Defendant* | ) |