# EXHIBIT E

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
**ISABEL P. FINLEY,**                                        Index No. 1:25-cv-04383-JAV

                     **Plaintiff,**                                        **PROPOSED ANSWER**

    -against-

**THOMAS H. PRZYBYLOWSKI,**

                     **Defendants.**
-----------------------------------------------------------------X

      Defendant Thomas H. Przybylowski ("Przybylowski" or "Defendant"), by and through his undersigned counsel as and for his answer to the Complaint (the "Complaint") of Isabel P. Finely ("Finley" or "Plaintiff"), respectfully states and alleges as follows:

1. Denies the allegation contained in paragraph 1 of the Complaint.

2. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 2 of the Complaint.

3. Admits that Defendant is a resident citizen of the State of New Jersey.

4. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 4 of the Complaint.

5. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 5 of the Complaint.

6. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 6 of the Complaint.

7. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 7 of the Complaint.

8. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 8 of the Complaint.

9. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 9 of the Complaint.

10. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 10 of the Complaint.

11. Admits the allegations contained in paragraph 11 of the Complaint.

12. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 12 of the Complaint.

13. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 13 of the Complaint..

14. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 14 of the Complaint.

15. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 15 of the Complaint.

16. Denies the allegations contained in paragraph 16 of the Complaint.

17. Denies the allegations contained in paragraph 17 of the Complaint.

18. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 18 of the Complaint.

19. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 19 of the Complaint.

20. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 20 of the Complaint.

21. Denies the allegations contained in paragraph 21 of the Complaint.

22. Denies the allegations contained in paragraph 22 of the Complaint.

23. Denies the allegations contained in paragraph 23 of the Complaint.

24. Denies the allegations contained in paragraph 24 of the Complaint.

25. Denies the allegations contained in paragraph 25 of the Complaint.

26. Denies the allegations contained in paragraph 26 of the Complaint.

27. Denies the allegations contained in paragraph 27 of the Complaint.

28. Denies the allegations contained in paragraph 28 of the Complaint.

29. Denies the allegations contained in paragraph 29 of the Complaint.

30. Denies the allegations contained in paragraph 30 of the Complaint.

31. Denies the allegations contained in paragraph 31 of the Complaint.

32. Denies the allegations contained in paragraph 32 of the Complaint.

33. Denies the allegations contained in paragraph 33 of the Complaint.

34. Denies the allegations contained in paragraph 34 of the Complaint.

35. Denies the allegations contained in paragraph 35 of the Complaint.

36. Denies the allegations contained in paragraph 36 of the Complaint.

37. Denies the allegations contained in paragraph 37 of the Complaint.

38. Denies the allegations contained in paragraph 38 of the Complaint.

39. Denies the allegations contained in paragraph 39 of the Complaint.

40. Denies the allegations contained in paragraph 40 of the Complaint.

41. Denies the allegations contained in paragraph 41 of the Complaint.

42. Denies the allegations contained in paragraph 42 of the Complaint.

43. Denies the allegations contained in paragraph 43 of the Complaint.

44. Denies the allegations contained in paragraph 44 of the Complaint.

45. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 45 of the Complaint.

46. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 46 of the Complaint.

47. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 47 of the Complaint.

48. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 48 of the Complaint.

49. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 49 of the Complaint.

50. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 50 of the Complaint.

51. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 51 of the Complaint.

52. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 52 of the Complaint.

53. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 53 of the Complaint.

54. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 54 of the Complaint.

55. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 55 of the Complaint.

56. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 56 of the Complaint.

57. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 57 of the Complaint.

58. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 58 of the Complaint.

59. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 59 of the Complaint.

60. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 60 of the Complaint.

61. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 61 of the Complaint.

62. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 62 of the Complaint.

63. Denies the allegations contained in paragraph 63 of the Complaint.

64. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 64 of the Complaint.

65. Denies the allegations contained in paragraph 65 of the Complaint.

66. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 66 of the Complaint.

67. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 67 of the Complaint.

68. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 68 of the Complaint.

69. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 69 of the Complaint.

70. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 70 of the Complaint.

71. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 71 of the Complaint.

72. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 72 of the Complaint.

73. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 73 of the Complaint.

74. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 74 of the Complaint.

75. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 75 of the Complaint.

76. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 76 of the Complaint.

77. Denies knowledge or information sufficient to form a belief as to the allegations contained in paragraph 77 of the Complaint.

## CAUSES OF ACTION

### COUNT I
### Gender Motivated Violence pursuant to N.Y.C. Admin. Code § 10-1103 and N.Y. Penal Law § 130.35 (Rape in the First Degree)

78. Defendant repeats and realleges his responses to the preceding paragraphs as if set forth more fully herein.

79. Denies the allegations contained in paragraph 79 of the Complaint.

80. Denies the allegations contained in paragraph 80 of the Complaint.

81. Denies the allegations contained in paragraph 81 of the Complaint.

### COUNT II
### Gender Motivated Violence pursuant to N.Y.C. Admin. Code § 10-1103 and N.Y. Penal Law § 130.20 (Sexual Misconduct)

82. Defendant repeats and realleges his responses to the preceding paragraphs as if set forth more fully herein.

83. Denies the allegations contained in paragraph 83 of the Complaint.

84. Denies the allegations contained in paragraph 84 of the Complaint.

85. Denies the allegations contained in paragraph 85 of the Complaint and states that this paragraph contains legal conclusions.

### COUNT III
### Gender Motivated Violence pursuant to N.Y.C. Admin. Code § 10-1103 and N.Y. Penal Law § 130.65 (Sexual Abuse in the First Degree)

86. Defendant repeats and realleges his responses to the preceding paragraphs as if set forth more fully herein.

87. Denies the allegations contained in paragraph 87 of the Complaint.

88. Denies the allegations contained in paragraph 88 of the Complaint.

89. Denies the allegations contained in paragraph 89 of the Complaint.

## COUNT IV
### Gender Motivated Violence pursuant to N.Y.C. Admin. Code § 10-1103 and N.Y. Penal Law § 130.67 (Aggravated Sexual Abuse in the Second Degree)

90. Defendant repeats and realleges his responses to the preceding paragraphs as if set forth more fully herein.

91. Denies the allegations contained in paragraph 91 of the Complaint.

92. Denies the allegations contained in paragraph 92 of the Complaint.

93. Denies the allegations contained in paragraph 93 of the Complaint.

## COUNT V
### Gender Motivated Violence pursuant to N.Y.C. Admin. Code § 10-1103 and N.Y. Penal Law § 130.52 (Forcible Touching)

94. Defendant repeats and realleges his responses to the preceding paragraphs as if set forth more fully herein.

95. Denies the allegations contained in paragraph 95 of the Complaint.

96. Denies the allegations contained in paragraph 96 of the Complaint.

97. Denies allegations contained in paragraph 97 of the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

1. The Complaint fails to state a claim upon which relief may be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

2. Plaintiff's claims are barred, in whole or in part, because Plaintiff has not suffered any injury or damage as the result of any act, conduct or omission by the Defendants.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

3. If any liability is found against the Defendants, then said liability shall be apportioned among the Plaintiff and the Defendant(s) consistent with the degree of culpability that each will be found to have in relation to the entire measure of culpability.

**AS AND FOR A FOURTH AFFIRMATIVE DEFENSE**

4. Plaintiff's claims are barred in whole or in part by the doctrine of laches.

**AS AND FOR A FIFTH AFFIRMATIVE DEFENSE**

5. Defendant did not owe the Plaintiff any duties.

**AS AND FOR A SIXTH AFFIRMATIVE DEFENSE**

6. Defendant did not breach any duties owed to Plaintiff.

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE**

7. Plaintiff's damages, if any, resulted from the actions of parties over whom Defendant had no control.

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE**

8. Plaintiff's Complaint is frivolous entitling Defendant to attorneys' fees.

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE**

9. Plaintiff's damages, if any, were not proximately related to any alleged conduct of Defendant.

**AS AND FOR A TENTH AFFIRMATIVE DEFENSE**

10. The Plaintiff is not entitled to recover punitive or other damages and has failed to comply with the requirements to establish a claim for punitive damages and is barred from such recovery.

**AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE**

11. Defendant reserves all of his rights to add further affirmative defenses during the course of this proceeding upon discovery of additional facts or other good causes.

**WHEREFORE**, Defendant demands judgment dismissing the Complaint, together with the attorneys' fees, costs and disbursements of this action.

Dated: New York, New York
      October 14, 2025

                              **NESENOFF & MILTENBERG, LLP**

                              By: /s/ Andrew T. Miltenberg
                                 Andrew T. Miltenberg, Esq.
                                 Kristen E. Mohr, Esq.
                                 363 Seventh Avenue, Fifth Floor
                                 New York, New York 10001
                                 (212) 736-4500
                                 *Attorneys for Defendant Thomas H. Przybylowski*