UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL FINLEY,

    *Plaintiff,*

v.

THOMAS PRZYBYLOWSKI,

    *Defendant.*

Index No. 1:25-cv-04383-JAV

### MOTION TO PROCEED UNDER PSEUDONYM AND FOR PROTECTIVE ORDER

**PLEASE TAKE NOTICE**, the undersigned attorneys move this Court to allow the Defendant in the above captioned action to proceed under the pseudonym John Doe[1] for the reasons set forth in the attached Defendant's Memorandum of Law in Support of Defendant's Motion to Proceed Under Pseudonym and for Protective Order, and the Declaration of Thomas Przybylowski in Support of Defendant's Motion to Proceed Under Pseudonym and for Protective Order.

**Dated:**  New York, New York
         October 21, 2025

                                        **Nesenoff & Miltenberg LLP**
                                        *Attorneys for Defendant*

                                        By: */s/Andrew T. Miltenberg*
                                        Andrew T. Miltenberg, Esq.
                                        363 Seventh Avenue, 5th Floor
                                        New York, New York 10001
                                        212-736-4500
                                        amiltenberg@nmllplaw.com

---

[1] Defendant does not oppose Plaintiff proceeding by pseudonym.

1