UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ISABEL FINLEY,

    *Plaintiff,*

    v.

THOMAS PRZYBYLOWSKI,

    *Defendant.*

**DECLARATION OF DEFENDANT IN SUPPORT OF
DEFENDANT'S *EX PARTE* MOTION TO PROCEED
<u>UNDER PSEUDONYM AND FOR PROTECTIVE ORDER</u>**

Defendant, who wishes to proceed under the pseudonym John Doe, hereby declares, subject to the penalties of perjury:

1. I am the Defendant in this action and as such, I am fully familiar with the facts and circumstances set forth herein.

2. I am an attorney barred in the State of New York.

3. I met Plaintiff Isabel Finley in or around May 2018.

4. On or around May 26, 2018, I went out with friends of mine, including the Plaintiff and our mutual friend, Lauren Davis. This was the first time I met Ms. Finley.

5. That same night, Plaintiff and I engaged in consensual sexual activity.

6. Throughout the entire night, Plaintiff never claimed to me that she felt uncomfortable, rather, she was an active participant.

7. Indeed, this lawsuit, more than seven years after the alleged incident, is the first time I am hearing of the Plaintiff's allegations of sexual assault against me.

8. Throughout the entirety of the facts described in the Complaint, I have made every effort to keep this matter confidential. I have only discussed this matter with my immediate family and my legal counsel.

9. I am fearful of what has happened to me, and what may continue to happen to me, based upon my name being made public and associated with these false allegations. I was terminated from my employment with a top law firm on October 13, 2025 as a result of the Plaintiff's Complaint and false allegations.

10. My former employer made clear in my exit interview that my termination was a result of Plaintiff's allegations.

11. My concern is not solely about embarrassment or humiliation. I feel that my physical safety could be placed at risk if my identity continues to public during this litigation. Moreover, it will be nearly impossible for me to obtain employment with my name attached to Plaintiff's salacious allegations.

12. Moreover, my wife and I are trying to start a family and have been undergoing IVF, and the loss of my employment also means that we lose our healthcare coverage at the end of October. The costs for our family extend beyond employment and financial, but into health and wellness as well.

I declare under the penalties of perjury, pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: October 21, 2025

Signed by:
*Thomas Przybylowski*
277AD4415B3842B...
**Thomas Przybylowski**