UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL P. FINLEY,<br><br>               Plaintiff,<br><br>v.<br><br>THOMAS H. PRZYBYLOWSKI,<br><br>               Defendant. | Index No. 1:25-cv-04383-JAV |

## NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO VACATE DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that Plaintiff Isabel Finley hereby informs this Court that she does not oppose Defendant Thomas Przybylowski's Motion to Vacate Default Judgment [sic], filed on October 14, 2025, ECF No. 14. Plaintiff consents to this Court vacating the entry of the Clerk's Certificate of Default, ECF No. 13, and to the docketing of Mr. Przybylowski's Proposed Answer filed as Exhibit E to ECF No. 14.

Dated: October 24, 2025

                                                                          By: _____
                                                                         Isabel P. Finley
                                                                         *Pro Se*
                                                                         27 Pine Ridge Road.
                                                                         Underhill, VT 05489
                                                                         ifinley@jd19.law.harvard.edu
                                                                         (646) 402-5067

**CERTIFICATE OF SERVICE**

   I hereby certify that the foregoing document was filed via email to the Pro Se Intake Unit on October 24, 2025, pursuant to the *Full Instructions for Filing a New Case Pro Se* (available at: https://www.nysd.uscourts.gov/prose) and the *Service Guide in Pro Se Cases Where Fees Have Been Paid* (available at: https://www.nysd.uscourts.gov/forms/service-guide-pro-se-cases-where-fees-have-been-paid), thereby effectuating service upon Defendant's attorneys via ECF.

Dated: October 24, 2025

                By: _____
                   Isabel P. Finley
                   *Pro Se*
                   27 Pine Ridge Road.
                   Underhill, VT 05489
                   ifinley@jd19.law.harvard.edu
                   (646) 402-5067