UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL FINLEY,<br><br>    *Plaintiff,*<br><br>v.<br><br>THOMAS PRZYBYLOWSKI,<br><br>    *Defendant.* | Index No. 1:25-cv-04383-JAV |

### DEFENDANT'S REPLY IN SUPPORT OF MOTION TO VACATE DEFAULT JUDGMENT

Defendant respectfully notes that Plaintiff filed a non-opposition to Defendant's Motion to Vacate Default Judgment on October 24, 2025 (ECF No. 17). Defendant maintains the position contained in his Motion to Vacate Default Judgment (ECF No. 14). Accordingly, Defendant respectfully requests that this Court grant Defendant's Motion to Vacate Default Judgment.

**Dated: November 4, 2025**

                                                    **NESENOFF & MILTENBERG, LLP**
                                                  *Attorneys for Defendant*

                Bye:     **/s/Andrew T. Miltenberg**
                             Andrew T. Miltenberg, Esq.
                             Kristen Mohr, Esq.
                             363 Seventh Avenue, 5th Floor
                             New York, New York 10001
                             (212) 736-4500
                             amiltenberg@nmllplaw.com
                             kmohr@nmllplaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2025, I served the foregoing upon Plaintiff and filed same via the Court's CM/ECF system.

/s/ Andrew T. Miltenberg
Andrew T. Miltenberg