UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                              :
ISABEL P. FINLEY,                                      :
                              :
                    Plaintiff,                       :                  25-CV-04383 (JAV)
                              :
                    -v-                                :                  <u>ORDER</u>
                              :
THOMAS H. PRZYBYLOWSKI,              :
                              :
                  Defendant.                    :
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       On October 14, 2025, the Clerk of Court entered a Certificate of Default in the above-captioned case as to Defendant. ECF No. 13. Defendant has since appeared in this case and filed a motion to vacate the Certificate of Default. ECF No. 14. On October 24, 2025, Plaintiff filed a Notice of Non-Opposition to Defendant's Motion to Vacate, which "consent[ed] to this Court vacating the entry of the Clerk's Certificate of Default . . . and to the docketing of [Defendant's] Proposed Answer." ECF No. 17.

       The motion is GRANTED. The Court finds good cause under Rule 55(c) to vacate the certificate of default. *See Commissions Imp. Exp. S.A. v. Republic of the Congo*, No. 19 MISC. 195 (KPF), 2020 WL 13560108, at *1 (S.D.N.Y. May 11, 2020).

       The Clerk of Court is directed to vacate the Certificate of Default. Defendant shall file his proposed answer in this matter by December 5, 2025.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

Dated: November 24, 2025
      New York, New York

                                       JEANNETTE A. VARGAS
                                     United States District Judge