UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISABEL P. FINLEY,

                        Plaintiff,                    **25 Civ. No. 4383 (JAV)**

    -against-                       **PRE-SETTLEMENT**
                                                                      **CONFERENCE ORDER**

THOMAS H. PRZYBYLOWSKI,

                        Defendant.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Pre-Settlement Conference Call on **Wednesday, January 7, 2026 at 10:00 a.m.**, to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 157 176 714#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

      **SO ORDERED.**

DATED:     New York, New York
                 December 1, 2025

                                                                    _____
                                                                    The Honorable Gary Stein
                                                                    United States Magistrate Judge