UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISABEL P. FINLEY,<br><br>                    Plaintiff,<br><br>    v.<br><br>THOMAS H. PRZYBYLOWSKI,<br><br>                    Defendant. | Index No. 1:25-cv-04383-JAV |

## MOTION TO DISMISS DEFENDANT'S COUNTERCLAIMS FOR TORTIOUS INTERFERENCE WITH CONTRACT AND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**PLEASE TAKE NOTICE** that Plaintiff Isabel Finley, proceeding *pro se*, moves this Court to dismiss with prejudice Defendant Thomas Przybylowski's counterclaims for tortious interference with contract and intentional infliction of emotional distress, pursuant to Fed. R. Civ. P. 12(b)(6) and Fed. R. Civ. P. 12(b)(1), and for the reasons set forth in the attached Memorandum of Law.

Dated: December 29, 2025

By: _____
      Isabel P. Finley
      27 Pine Ridge Road.
      Underhill, VT 05489
      ifinley@jd19.law.harvard.edu
      (646) 402-5067