UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ISABEL P. FINLEY,

                              Plaintiff,                      **25 Civ. No. 4383 (JAV)**

       -against-

                                                                 **ORDER SCHEDULING**
THOMAS H. PRZYBYLOWSKI,                         **SETTLEMENT CONFERENCE**

                              Defendant.
------------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **Tuesday, April 14, 2026 at 1:00 p.m.** in Courtroom 9A, United States Courthouse, 500 Pearl Street, New York, New York. The parties shall consult and comply with the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein. *Ex parte* settlement letters must be submitted to the Court no later than **Tuesday, April 7, 2026**.

      **SO ORDERED.**

DATED:    New York, New York
                January 7, 2026

                                                                     _____
                                                                     The Honorable Gary Stein
                                                                     United States Magistrate Judge