UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                      :

ISABEL P. FINLEY,                  :

                      :

           Plaintiff,      :      25-CV-04383 (JAV)

                      :

        -v-               :      <u>ORDER TO STRIKE</u>

                      :

THOMAS H. PRZYBYLOWSKI,    :

                      :

           Defendant.     :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      The Court having been advised that the parties agreed to a settlement in principle of this

matter on April 14, 2026, the Clerk of Court is directed to strike ECF No. 39 from the docket.


      SO ORDERED.

Dated: April 15, 2026                 _____
      New York, New York             JEANNETTE A. VARGAS
                                United States District Judge